**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

In re:  Teresa H. Wells

               Debtor.

No. 09-36571
Chapter 7

AMENDED NOTICE

THIS IS YOUR NOTICE that the meeting date for the Debtor being held pursuant to 11 U.S.C. §341(a) is no longer scheduled for January 4, 2010, and is now scheduled as follows:

    DATE:       January 12, 2010
    TIME:       12:00 pm
    PLACE:     Meeting Room, Suite 114, Howard H. Baker, Jr. U.S. Courthouse

All other matters set forth on the Notice dated December 2, 2009, remain the same and are not affected by the change of the meeting date.

Respectfully submitted this the 17th day of December, 2009.

                                          /s/ Ann Mostoller
                                          Ann Mostoller, #001146
                                          Attorney for the Debtor
                                          Mostoller, Stulberg, Whitfield & Allen
                                          136 S. Illinois Ave., Suite 104
                                          Oak Ridge, TN  37830
                                          (865) 482-4466

APPROVED:

/s/ W. Grey Steed
W. Grey Steed, Trustee

# C E R T I F I C A T E

       I hereby certify that a true copy of the foregoing Amended Notice was served electronically on Patricia Foster, Office of the U.S. Trustee, Ustpregion08.kx.ecf@usdoj.gov, and on W. Grey Steed, Trustee, tn37@ecfcbis.com, and delivered by first class U.S. mail to all creditors listed below:

| | |
|---|---|
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | The Home Depot/Citibank SD, NA<br>P.O. Box 20483<br>Kansas City, MO 64195 |
| Bank of America<br>P. O. Box 15027<br>Wilmington, DE 19850-5027 | Kohl's Credit/Recovery<br>P.O. Box 3004<br>Milwaukee, WI 53201 |
| Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | US Bank, NA<br>Bankruptcy/Recovery Dept.<br>P.O. Box 5229<br>Cincinnati, OH 45201 |
| Chase/Bank One<br>P.O. Box 15298<br>Wilmington, DE 19850 | |

this the 17th day of December, 2009.

                                                /s/ Ann Mostoller
                                                Attorney